## NORTHERN INDIANA PUBLIC SERVICE COMPANY *v.* BARNEY, ADMINISTRATRIX.

[No. 13,191. Filed March 15, 1929. Rehearing denied July 31, 1929.]

*Frederick C. Crumpacker, Edwin H. Friedrich* and *H. W. Worden,* for appellant.

*Lemuel Darrow, Earl Rowley, C. V. Shields* and *Robert H. Moore,* for appellee.

PER CURIAM.—Judgment affirmed.

## SCHROEDER *v.* SCHROEDER.

[No. 13,415. Filed May 17, 1929. Rehearing denied July 31, 1929.]

*Lorin H. Kiely,* for appellant.

*A. E. Gore,* for appellee.

NICHOLS, J.—Action by appellee against appellant for divorce, based upon the charge of cruel and inhuman treatment on the part of appellant toward appellee. There was an answer in denial, and a trial by the court which resulted in a finding in favor of appellee, upon which judgment was rendered granting him a divorce. From this judgment, after appellant's motion for a new trial was overruled, this appeal. The only action assigned is the action of the court in overruling appellant's motion for a new trial because of the insufficiency of the evidence to sustain the decision of the court.

Appellee has not favored us with a brief. We have read the evidence as it appears in appellant's brief, and we are constrained to hold that it is wholly insufficient to sustain the decision of the court.

Judgment reversed.